Marc J. Randazza, SBN 269535
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
Email: ecf@randazza.com

Lawrence G. Walters, *pro hac vice forthcoming*
WALTERS LAW GROUP
195 W Pine Avenue
Longwood, FL 32750
Telephone: (407) 975-9150
Email: larry@firstamendment.com

*Attorneys for Defendant,*
*Deniro Marketing, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ULERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENIRO MARKETING, LLC,<br><br>Defendant. | Case No. 2:22-cv-01134-JAM-AC<br><br>**AMENDED JOINT STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff David Ulery and Defendant Deniro Marketing, LLC ("Deniro") (collectively, the "Parties") hereby stipulate under LR 133, subject to the Court's approval, to extend Deniro's time to respond to Ulery's Complaint and to extend the Parties' deadline to confer under Fed. R. Civ. P. 26(f) and file a joint status report by 60 days. In support, the Parties state as follows:

On June 29, 2022, Ulery filed his Complaint. (Doc. No. 1)

On June 30, 2022, the Court entered an Order Requiring Service of Process and Joint Status Report, requiring the Parties to confer under Fed. R. Civ. P. 26(f) and file a joint status report no later than 60 days following service. (ECF No. 3)

On August 15, 2022, Deniro signed a waiver of service of summons, agreeing to respond to the Complaint no later than 60 days after July 15, 2022. (ECF No. 4-1) The current deadline to respond to the Complaint is thus September 13, 2022.

The Parties have been in productive settlement talks, however, there are complex issues to work out including identities of additional parties and comparative liability.  All of this would normally be worked out through expensive and time-consuming discovery and motion practice.  However, since the parties are currently collaborating, all parties are being spared that expense and use of resources.  Additionally, the Court is being spared the necessity of involvement at all at this point.

Fed. R. Civ. P. 1 provides that all of the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."  All parties believe that the requested relief will assist in a more just, speedy, and inexpensive resolution of the case.

The Parties thus jointly move for an extension of 60 days to respond to the Complaint, making Deniro's response due no later than November 14, 2022.  Because there would be little point to conferring and filing a joint status report until after a response to the Complaint is filed, the Parties also request that the time to confer under Fed. R. Civ. P. 26(f) and file a joint status report be extended by 60 days as well.

Dated: September 9, 2022.

/s/ Marc J. Randazza
Marc J. Randazza, SBN 269535
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
Email: ecf@randazza.com

Lawrence G. Walters, *pro hac vice forthcoming*
WALTERS LAW GROUP
195 W Pine Avenue
Longwood, FL 32750
Telephone: (407) 975-9150
Email: larry@firstamendment.com

*Attorneys for Defendant,*
*Deniro Marketing, LLC*

/s/ Seth M. Lehrman (as authorized on 9/9/2022)
Seth M. Lehrman, SBN 178303
EDWARDS POTTINGER LLC
435 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Email: seth@epllc.com

*Attorneys for Plaintiff,*
*David Ulery*

**IT IS SO ORDERED.**

Dated:  September 9, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE