UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ULERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENIRO MARKETING, LLC,<br><br>Defendant. | CASE NO. 2:22-cv-01134-JAM-AC<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, **ORDERS AS FOLLOWS**:

1. The Stipulation is **GRANTED.**

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to any other putative class member

3. Each party shall bear their own attorney's fees and costs.

4. The Court will retain jurisdiction to enforce an agreement between the Parties

**IT IS SO ORDERED.**

DATED: November 8, 2022        /s/ John A. Mendez
                               _____
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

-1-